# UNITED STATES DISTRICT COURT
## District of Minnesota

Aaron Dalton,

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number:    18-cv-1637 JRT/TNL

Lamplighter Square, LLC,

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements, and attorney's fees.

Date:  November 27, 2018

KATE M. FOGARTY, CLERK

s/Jennifer Beck
(By)  Jennifer Beck, Deputy Clerk